FORM L51 Final Decree (v.7.06)     09-17040 - B - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**10/30/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## FINAL DECREE

Case Number: 09-17040 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

William C. Emery
xxx-xx-4778

8344 N Raisina
Fresno, CA 93720

Susan M. Emery
xxx-xx-5906

8344 N Raisina
Fresno, CA 93720

Trustee:
Beth Maxwell Stratton
PO Box 3930
Pinedale, CA 93650

Telephone Number: 559-441-4233

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
10/30/09

For the Court,
Richard G. Heltzel , Clerk

Filed 10/30/09     Case 09-17040     Doc 16

# CERTIFICATE OF NOTICE

```
District/off: 0972-1              User: admin             Page 1 of 1               Date Rcvd: Oct 30, 2009
Case: 09-17040                    Form ID: L51            Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 01, 2009.
tr       +Beth Maxwell Stratton,    PO Box 3930,    Pinedale, CA 93650-3930

The following entities were noticed by electronic transmission.
NONE.                                                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 01, 2009**                         **Signature:** _Joseph Speetjens_